IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 3:14cr77 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Roscoe Shellman, | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Michael Newman filed on August 19, 2014 (Doc. 15), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired September 5, 2014, hereby

ADOPTS said Report and Recommendation.

Accordingly, the Court finds that defendant is found to be incompetent to stand trial

pursuant to 18 U.S.C. §4241.

IT IS SO ORDERED.


___s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court